1   James W. Pengilly, Esq.
    Nevada Bar No. 6085
2   jpengilly@pengillylawfirm.com
3   Elizabeth B. Lowell, Esq.
    Nevada Bar No. 8551
4   elowell@pengillylawfirm.com
    David A. Markman, Esq.
5   Nevada Bar No. 12440
6   dmarkman@pengillylawfirm.com
    **PENGILLY LAW FIRM**
7   1995 Village Center Cir., Suite 190
    Las Vegas, NV  89134
8   T: (702) 889-6665; F: (702) 889-6664
9   *Attorneys for Park Avenue Homeowners' Association*

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12

13  BANK OF AMERICA, N.A., successor by merger     CASE NO: 2:16-cv-00338-JCM-VCF
    to BAC HOME LOANS SERVICING, LP FKA
14  COUNTRYWIDE HOME LOANS SERVICING,
    LP,                                            **STIPULATION TO EXTEND**
15                                                 **DEADLINE TO FILE OPPOSITION**
16                 Plaintiff,                      **TO BANK OF AMERICA'S MOTION**
                                                   **FOR SUMMARY JUDGMENT**
    v.
17
    PARK AVENUE HOMEOWNERS'                        **(First Request)**
18  ASSOCIATION; RED ROCK FINANCIIAL
    SERVICES, LLC,
19
20                 Defendants.

21

22  PARK AVENUE HOMEOWNERS'
    ASSOCIATION,
23
24                 Cross-Claimant,
25  v.
26  RED ROCK FINANCIAL SERVICES, LLC,
27                 Cross-Defendant.

28

PENGILLY LAW FIRM

***AMENDED* STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES: BANK OF AMERICA, N.A.,  ("BANK OF AMERICA") by and through their attorney of record Natalie Winslow, Esq of the law firm of Akerman, LP; PARK AVENUE HOMEOWNERS' ASSOCIATION ("PARK AVENUE"), by and through their attorney of record, Elizabeth Lowell, Esq. of the Pengilly Law Firm; and RED ROCK FINANCIAL SERVICES, LLC ("Red Rock"), by and through their attorney of record, Steven Scow, Esq. of Koch and Scow, that Park Avenue and Red Rock shall have an extension of time to respond to BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT, filed on September 27, 2016 (Doc. #19), of 31 calendar days, up to and including November 21, 2016.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



PENGILLY LAW FIRM

1    This is the first request to extend time to file documents in opposition to BANK OF

2  AMERICA'S MOTION FOR SUMMARY JUDGMENT (Doc. #19). It is not intended for purposes

3  of delay but to accommodate various counsels' schedules and provide more complete briefing to the

4  Court.

5

6  **PENGILLY LAW FIRM**                           **AKERMAN, LP**

7

8  */s/ Elizabeth Lowell, Esq.*                    */s/*
   James W. Pengilly, Esq.                          Natalie Winslow, Esq.

9  Nevada Bar No. 6085                              Darren T. Brenner, Esq.
   Elizabeth Lowell, Esq.                           AKERMAN LLP

10 Nevada Bar No. 8551                              1160 Town Center Drive, Suite 330
   1995 Village Center Cir., Suite 190             Las Vegas, NV 89144

11 Las Vegas, NV 89134                              *Counsel for Bank of America*
   T:  (702) 889-6665; F: (702) 889-6664

12 *Counsel for Defendant Park Avenue*
   *Homeowners Association*

13

14 **KOCH & SCOW**

15

16 */s/ Steven Scow, Esq.*

17 Steven B. Scow, Esq.
   Koch & Scow LLC

18 11500 S. Eastern Avenue, Suite 210
   Henderson, NV  89052

19 *Counsel for Red Rock Financial Services,*
   *LLC*

20

21

22                      <u>**ORDER**</u>

23    IT IS SO ORDERED.

24 DATED October 27, 2016.

25

26                                    _Jean C. Mahan_

27                                    United States District Judge

28