# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 29) |
| PARK AVENUE HOMEOWNERS' ASSOCIATION., et al., | |
| Defendant(s). | |

Pending before the Court is a notice that Plaintiff and Defendant Park Avenue have reached a settlement. Docket No. 29. Dismissal papers shall be filed by May 22, 2017. The Court further stays all discovery and all deadlines with respect to Plaintiff and Defendant Park Avenue only (*i.e.,* not with respect to claims involving Defendant Red Rock Financial Services, LLC).

IT IS SO ORDERED.

DATED: April 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge