UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BANK OF AMERICA, N.A., | Case No. 2:16-CV-338 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| PARK AVENUE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America, N.A. v. Park Avenue Homeowners' Association, et al.*, case number 2:16-cv-00338-JCM-NJK.

On April 20, 2017, plaintiff Bank of America, N.A. ("BANA") filed a notice of settlement. (ECF No. 29). The next day, the court ordered dismissal papers be filed by May 22, 2017. (ECF No. 30).

In light of the foregoing, the court will deny BANA's motion for summary judgment (ECF No. 19) without prejudice to BANA's ability to renew its motion for summary judgment should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

DATED May 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**