# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| PARK AVENUE HOMEOWNERS' ASSOCIATION., et al., | |
| Defendant(s). | |

Plaintiff and Defendant Park Avenue were ordered to file dismissal papers by May 22, 2017. Docket No. 30. To date, no such dismissal papers have been filed. The Court hereby ORDERS Plaintiff and Defendant Park Avenue to file, no later than May 30, 2017, either dismissal papers or a status report.

IT IS SO ORDERED.

DATED: May 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge