# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ) ) ) | ORDER |
| vs. | ) ) | |
| PARK AVENUE HOMEOWNERS' ASSOCIATION., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is an order to show cause arising out of the failure of Plaintiff and Defendant Park Avenue to comply with two deadlines set by the Court. Docket No. 33. The Court has now received responses. Docket Nos. 35, 36. The responses are not satisfactory. First, if a party finds it cannot meet a deadline set by the Court, the proper solution is to seek an extension rather than simply allowing it to lapse. That was not done with respect to the deadline set for May 22, 2017. Second, attorneys are responsible for ensuring that documents are filed, and should further monitor their cases and staff sufficiently to that end. That was not done with respect to the deadline set for May 30, 2017. The Court hereby **WARNS** both Plaintiff and Defendant Park Avenue, and their attorneys, that the Court expects strict compliance with its orders moving forward. The order to show cause is otherwise discharged.

        IT IS SO ORDERED.

        DATED: June 14, 2017

 

_____
NANCY J. KOPPE
United States Magistrate Judge