# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| PARK AVENUE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

On April 20, 2017, Plaintiff filed a notice of settlement. Docket No. 29. After an order to show cause was issued as to the failure to comply with a court-ordered deadline, Docket No. 33, on June 1, 2017, Plaintiff filed a status report indicating that settlement was still being finalized, but that it "will update the court in thirty (30) days on the status if the case is not dismissed at that time." Docket No. 34. Notwithstanding that representation, neither dismissal papers nor a further status report has been filed to date.

No later than January 5, 2018, Plaintiff shall file either dismissal papers or a status report.

IT IS SO ORDERED.

DATED: December 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge