# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| PARK AVENUE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

In light of the joint status report, Docket No. 40, dismissal papers shall be filed by February 5, 2018.[1]

IT IS SO ORDERED.

DATED: January 8, 2018

NANCY J. KOPPE
United States Magistrate Judge

---

[1] Counsel shall ensure that future filings include the correct case information. *Compare* Docket No. 40 *with* Docket No. 28.