# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00338-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| PARK AVENUE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a third status report, Docket No. 43, which is hereby **STRICKEN**. First, the bank continues to file documents with the incorrect case information despite being warned previously. *See* Docket No. 41 at 1 n.1. Second, the Court ordered dismissal papers to be filed by February 5, 2018. *Id.* at 1. The status report seeks relief from that deadline,[1] but status reports are not proper filings through which to seek relief. To the extent a party seeks relief from a deadline set by the Court, it must file a proper motion, stipulation, or other appropriate request for relief.

IT IS SO ORDERED.

DATED: February 6, 2018

                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge

---

[1] Insufficient reason is given for an extension. A notice of settlement was filed <u>nine months ago</u>. Docket No. 31. The bank represented to the Court on January 4, 2018, that a "joint dismissal of all pending claims will be filed within the next thirty (30) days." Docket No. 40. Such statement is similar to the unfulfilled representations made previously. *See, e.g.*, Docket No. 39. Simply informing the Court now that the parties still have not completed their obligations to file dismissal papers is not sufficient at this juncture.