MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No: 2:16-cv-00338-JCM-NJK<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND QUIET TITLE** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**) and defendants Park Avenue Homeowners Association (**Park Avenue**) and Red Rock Financial Services, LLC (**Red Rock**), stipulate as follows:

1.     This matter relates to real property located 35 E. Agate Avenue, Unit # 307, Las Vegas, Nevada 89123, APN 177-21-219-190 (the **Property**).  The property is more specifically described as:

PARCEL I:

ONE (1) ALLOCATED INTEREST (EXCEPT ASSOCIATION PROPERTY) AS TENANT IN COMMON IN THE COMMON ELEMENTS WITHIN PHASE 3 OF PARK AVENUE CONDOMINIUMS UNIT 3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 110 OF PLATS, PAGE 58, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AS PHASES ARE ANNEXED, THE ALLOCATED INTEREST FOR EACH UNIT WILL BE A FRACTION, THE NUMERATOR OF WHICH WILL BE ONE (1), AND THE DENOMINATOR, OF WHICH WILL BE THE TOTAL OF ALL UNITS IN ALL PHASES THAT BECOME SUBJECT TO THE DECLARATION.

APN 177-21-219-190
41552182;1

EXCEPTING THEREFROM ALL LIVING UNITS AND ASSOCIATION PROPERTY IN PHASE 3 OF PARK AVENUE CONDOMINIUMS UNIT 3

AND RESERVING THEREFROM THE RIGHT OT POSSESSION OF ALL THOSE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS AS SHOWN UPON THE PLAT REFERRED TO ABOVE.

AND FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE OWNERS OF CONDOMINIUMS IN SUBSEQUENT PHASES, NON-EXCLUSIVE EASEMENT ON OVER AND ACROSS THE ASSOCIATION AREAS AS DEFINED AND SHOWN UPON THE PLAT REFERRED TO ABOVE FOR INGRESS, EGRESS AND RECREATIONAL USE, SUBJECT TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR PARK AVENUE CONDOMINIUMS A COMMON INTEREST CONDOMINIUM DEVELOPMENT RECORDED AUGUST 3, 2001 IN BOOK 20010803 AS DOCUMENT NO 00962 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED TO WHICH REFERENCE IS HEREAFTER MADE.

PARCEL II:

LIVING UNIT 307 IN BUILDING 6 OF PARK AVENUE CONDOMINIUMS UNIT 3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 110 OF PLATS, PAGE 58 AND AS SHOWN BY AMENDED PLAT OF A PORTION OF "PARK AVENUE CONDOMINIUMS – UNIT 3" ON FILE IN BOOK 116 OF PLATS, PAGE 100 IN THE OFFICE OF THE COUNTY RECORDER OR CLARK COUNTY, NEVADA.

PARCEL III:

THE EXCLUSIVE RIGHT TO USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE LIMITED COMMON ELEMENTS DESCRIBED IN SECTION 2.3 OF THE COVENANTS, CONDITIONS, AND RESTRICTIONS, AND DEPICTED AS GARAGE SPACE G49 WHICH ARE APPURTENANT TO AND FOR THE EXCLUSIVE USE OF PARCEL TWO.

PARCEL IV:

A NON-EXCLUSIVE EASEMENT ON AND OVER THE ASSOCIATION PROPERTY (AS DEFINED IN THE DECLARATION) FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS, EGRESS AND USE OF THE AMENITIES LOCATED THEREON, SUBJECT TO THE TERMS AND PROVISION OF THE DECLARATIONS, THIS EASEMENT IS APPURTENANT TO PARCEL ONE (1) TWO (2) AND THREE (3) ABOVE DESCRIBED.

APN: 177-21-219-190

2. BANA is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on February 9, 2006, as Document Number 20060209-0002956 in the Official Records of Clark County, Nevada (the **Deed of Trust**).

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. On September 10, 2012, Park Avenue recorded a Foreclosure Deed as Document Number 20120910-0000474 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Park Avenue purchased the Property at a foreclosure sale of the Property held September 5, 2012 (the **HOA Sale**).

4. On February 18, 2016, BANA initiated a quiet title action against Park Avenue and Red Rock in the United States District Court, District of Nevada, Case No. 2:16-cv-00338-JCM-VCF (the **Quiet Title Action**).

5. BANA and Park Avenue have entered a confidential settlement agreement in which they have settled all claims between them in this case.

6. Among other things, Park Avenue has transferred any and all interest it acquired as a result of the HOA Sale and HOA Foreclosure Deed to BANA, as reflected by the quit-claim deed attached hereto as Exhibit A.

//
//
//
//
//
//
//
//
//
//
//
//
//

APN 177-21-219-190
41552182;1

7.      Among other things, the parties agree that title to the Property is quieted in BANA's favor. Park Avenue and Red Rock disclaim all right, title, or interest in the Property as a result of the HOA Sale and the HOA Foreclosure Deed.

| | |
|---|---|
| Dated: February 6, 2018. | Dated: February 6, 2018. |
| **AKERMAN LLP** | **KOCH & SCOW LLC** |
| */s/ Jamie K. Combs* | */s/ Steven B. Scow* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir. Suite 200<br>Las Vegas, Nevada 89134<br>Telephone:  (702) 634-5000<br>Facsimile:  (702) 380-8572<br>Email:  melanie.morgan@akerman.com<br>Email:  jamie.combs@akerman.com<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | DAVID R. KOCH, ESQ.<br>Nevada Bar No. 8803<br>STEVEN B. SCOW, ESQ.<br>Nevada Bar No. 9906<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, NV 89052<br><br>*Attorneys for Defendant Red Rock Financial Services, LLC* |

Dated: February 6, 2018.

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8552
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134

*Attorney for Defendant Park Avenue Homeowners Association*

APN 177-21-219-190
41552182;1

**ORDER**

Based on the above stipulation between plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**) and Defendants Park Avenue Homeowners Association (**Park Avenue**) and Red Rock Financial Services, LLC (**Red Rock**), the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that title to the real property located 35 E. Agate Avenue, Unit # 307, Las Vegas, Nevada 89123, APN 177-21-219-190 (the **Property**) is quieted in favor of BANA.

**IT IS FURTHER ORDERED** that all claims in this case are dismissed with prejudice, each side to bear its own attorney fees and costs.  This is the final judgment of this Court.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**:** February 8, 2018 _____

APN 177-21-219-190
41552182;1